JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY | Case No. CV 12-05067-DMG (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HARTFORD FIRE INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's July 8, 2013 Order granting Defendant Hartford Fire Insurance Company's Motion for Summary Judgment and denying Plaintiff Essex Insurance Company's Motion for Summary Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** judgment is entered in favor of Defendant Hartford Fire Insurance Company and against Plaintiff Essex Insurance Company, which shall take nothing.

DATED: July 8, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-