JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HARTFORD FIRE INSURANCE<br>COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No. CV 12-05067-DMG (DTBx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's July 8, 2013 Order granting Defendant Hartford Fire Insurance Company's Motion for Summary Judgment and denying Plaintiff Essex Insurance Company's Motion for Summary Judgment,

　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** judgment is entered in favor of Defendant Hartford Fire Insurance Company and against Plaintiff Essex Insurance Company, which shall take nothing.

DATED: July 8, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE